FILED
10/13/16 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

- **Debtor:** TERRY RINERE
- **Case Number:** 15-21322-TPA    **Chapter:** 13
- ~~**Date / Time / Room:**~~ THURSDAY, OCTOBER 06, 2016  10:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**_Matter:_**

#28 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #: 28 / 0

**_Appearances:_**   J. Seidy

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✗__ Other:  #28 Resolved through recommended order

9/30/2016   8:10:19AM