FILED
11/10/16 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-21322-TPA |
| | : | Chapter: 13 |
| Terry Rinere | : | |
| | : | |
| | : | Date: 11/8/2016 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

*MATTER:*    #32 MFRS filed by Nationstar Mtg
    #35 Resp by Debtor

*APPEARANCES*:
    Debtor:    (Kenneth Steidl) Lauren Lamb
    Trustee:    Ronda J. Winnecour
    Nationstarr:    Matthew McClelland

*NOTES:*

McClelland:    We have a stipulation.

Lamb:    Yes, agreement for 30 day cure.

OUTCOME:    Counsel to submit consent order on or before 7 days.

*[signature]*
ljm