FILED
2/8/17 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Terry Rinere, ) | Case No. 15-21322 TPA |
| ) | Chapter 13 |
| *Debtor* ) | Related to Docket No. 32, 33 & 35 |
| ) | and 42 |
| Nationstar Mortgage LLC, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Terry Rinere, and Ronda Winnecour, ) | |
| Trustee, ) | |
| ) | |
| *Respondents* ) | |

### CONSENT ORDER GRANTING CONDITIONAL RELIEF FROM STAY IN FAVOR OF NATIONSTAR MORTGAGE, LLC AS TO 415 SUSSEX DRIVE, CRANBERRY TOWNSHIP, PA 16066

AND NOW, this  8th  day of  February 2017 , upon consideration of the Motion for Relief from the Automatic Stay as to 415 Sussex Drive, Cranberry Township, PA 16066 filed by Nationstar Mortgage LLC (the "Movant"), and upon consent of the parties as evidenced below, it is hereby ORDERED that the automatic stay is terminated as it affects the interests of the Movant with respect to the real property commonly known as 415 Sussex Drive, Cranberry Township, PA 16066; PROVIDED HOWEVER, that this Order granting relief is stayed for so long as the Debtor remits timely and full monthly Chapter 13 plan payments as the same come due.  It is further ORDERED beginning with the date of this Order, and for the duration of this bankruptcy case, in the event that the Debtor fails to make any plan payment by the date that it is due and the Debtor falls more than thirty (30) continuous days behind in the   plan payments

to the Trustee, the Movant shall file an Affidavit attesting to the Debtor's default. If the Debtor fails to cure the default within 10 days then the stay of this Order shall be vacated upon the filing by the Movant of an Affidavit of Default, without further hearing or without entry of an additional order. The Affidavit of Default shall contain a statement of default and be supported by the records of the Chapter 13 Trustee.

If the Default is cured within those ten (10) days, Counsel for the Debtor is to file a Notice with this Honorable Court, which includes proof of the payment made

This Consent Order survives conversion or dismissal.

BY THE COURT:

_____
Honorable Thomas P. Agresti    ljm
U.S. Bankruptcy Judge

AGREED TO AND CONSENTED BY:

/s/ Matthew McClelland                     /s/ Julie Frazee Steidl
Matthew McClelland, Esq.                   Julie Frazee Steidl, Esquire
Counsel for Nationstar Mortgage LLC        Counsel for the Debtor
Pa. I.D. No. 319482                        Pa. I.D. No. 35937

/s/ Richard Bedford
Richard Bedford, Esq.
Pa I.D. No. 25069
Counsel for the Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21322-TPA
Terry Rinere                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam          Page 1 of 1          Date Rcvd: Feb 08, 2017
                     Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db             +Terry Rinere,    415 Sussex Dr.,    Cranberry Twp, PA 16066-4367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Debtor Terry Rinere julie.steidl@steidl-steinberg.com,
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
       nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                           TOTAL: 7