**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TERRY RINERE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:15-21322 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/16/2015 and confirmed on 06/24/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,509.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,509.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,700.00 | |
|     Trustee Fee | 1,019.82 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,719.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 21,510.48 | 0.00 | 21,510.48 |
|     Acct: 9110 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 7,983.26 | 273.70 | 0.00 | 273.70 |
|     Acct: XXX9110 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2799 | | | | |
| | | | | 21,784.18 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY RINERE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SENECA VALLEY SD & CRANBERRY TWP | 330.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX: 14 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,023.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXX5879 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
|  |  |  |  | 5.00 |
| Unsecured |  |  |  |  |
|   PA DEPARTMENT OF REVENUE* | 69.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 5879 |  |  |  |  |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS |  | 21,789.18 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         1,353.00
SECURED          7,983.26
UNSECURED           69.06

Date: 09/27/2018                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com